**Patrick Kolasinski (SBN 262363)**
The Law Offices of Patrick Kolasinski
1120 14th Street, Suite 4
Modesto, CA 95354
(209) 408-0104

Attorney for Plaintiff: Sheryl May Rimas Eugenio

FEDERAL DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA
OAKLAND, CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF: | Case Number: 4:23-cv-02832 |
| SHERYL MAY RIMAS EUGENIO, Plaintiff, | ORDER ON JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE |
| v. | |
| JOHNNY BENSON EUGENIO, Defendant. | |

It is hereby ORDERED that the joint motion to continue the case management conference currently set for September 12, 2023, at 2:00 PM is DENIED.

Dated: 9/8/2023

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
DENIED
Haywood S. Gilliam Jr.
Judge Haywood S. Gilliam Jr.

Judge Haywood S. Gilliam, Jr.