UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERYL MAY RIMAS EUGENIO,<br><br>Plaintiff,<br><br>v.<br><br>JOHNNY BENSON EUGENIO,<br><br>Defendant. | Case No. 23-cv-02832-HSG<br><br>**ORDER DIRECTING DEFENDANT TO APPEAR AT OCTOBER 17, 2023 TELEPHONIC CASE MANAGEMENT CONFERENCE** |

Pro se Defendant failed to appear at the September 12, 2023 case management conference. *See* Dkt. No. 26.  The Court **DIRECTS** Defendant to appear at the telephonic case management conference on October 17, 2023 using the instructions below.

The Court encourages Plaintiff to seek the assistance of the free Legal Help Center operated by the Bar Association of San Francisco.  The Legal Help Center sets up appointments to speak with a lawyer for basic legal help, but it does not provide legal representation. Appointments can be scheduled by emailing fedpro@sfbar.org or by calling (415) 782-8982. Plaintiff may also wish to consult the resources available on the Court's website, at https://cand.uscourts.gov/pro-se-litigants/, for people who are representing themselves without a lawyer.

The October 17, 2023 proceeding will be held by AT&T Conference Line. The parties are advised that in the event of an audio problem, counsel should be prepared to attend the hearing via Zoom conference at the Courts direction. The court circulates the following conference number to allow the equivalent of a public hearing by telephone.

For conference line information, see: https://apps.cand.uscourts.gov/telhrg/

All counsel, members of the public and press please use the following dial-in information

below to access the conference line:

    Dial In: 888-808-6929

    Access Code: 6064255

The Court may be in session with proceedings in progress when you connect to the conference line. Therefore, mute your phone if possible and wait for the Court to address you before speaking on the line. For call clarity, parties shall NOT use speaker phone or earpieces for these calls, and where at all possible, parties shall use landlines. The parties are further advised to ensure that the Court can hear and understand them clearly before speaking at length.

    PLEASE NOTE: Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited. See General Order 58 at Paragraph III.

    PLEASE NOTE: All attorneys and pro se litigants appearing for a telephonic case management conference are required to dial-in at least 15 minutes before the hearing to check-in with the CRD.

**IT IS SO ORDERED.**

Dated:    9/15/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge