UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHERYL MAY RIMAS EUGENIO,

    Plaintiff,

v.

JOHNNY BENSON EUGENIO,

    Defendant.

Case No. 23-cv-02832-HSG

**SCHEDULING ORDER**

A case management conference was held on October 23, 2023. Having considered the parties' proposals, *see* Dkt. No. 12, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
| --- | --- |
| Amendment of Pleadings/ Joinder | November 30, 2023 |
| Close of Fact Discovery | January 30, 2024 |
| Dispositive Motion Hearing Deadline | April 4, 2024 at 2:00 p.m. |
| Pretrial Conference | July 2, 2024 at 3:00 p.m. |
| Jury Trial (2 days) | July 16, 2024, at 8:30 a.m. |

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

//

//

//

//

//

Additionally, the Court advises Mr. Eugenio that as a defendant proceeding pro se, he may seek assistance at the Legal Help Center, which provides free information and limited-scope legal assistance to pro se litigants.  More information about the Legal Help Center is provided at http://www.cand.uscourts.gov/legal-help.  Telephone appointments may be scheduled either over the phone at (415) 782-8982 or by email at federalprobonoproject@sfbar.org.

**IT IS SO ORDERED.**

Dated:   10/24/2023

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge