UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERYL MAY RIMAS EUGENIO,<br><br>  Plaintiff,<br><br>  v.<br><br>JOHNNY BENSON EUGENIO,<br><br>  Defendant. | Case No. 23-cv-02832-HSG<br><br>**ORDER RE MEDIATION** |

The Court **DIRECTS** the parties to file a joint status report no greater than two pages in length indicating whether they participated in the mediation session scheduled for February 15, 2024. If the mediation occurred, the report should describe the results and the status of settlement discussions. If the mediation did not occur, the report should explain why it did not, and indicate when the rescheduled session will occur.

The parties shall file their joint status report by February 27, 2024.

**IT IS SO ORDERED.**

Dated: 2./20/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge