Patrick Kolasinski (CA SBN 262363)
The Law Offices of Patrick Kolasinski
1120 14th Street, Suite 4
Modesto, CA 95354
(209) 408-0104
patrick@kolasinski-law.com
Attorney for Plaintiff Sheryl May Rimas Eugenio

IN FEDERAL DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND

| | |
|---|---|
| SHERYL MAY RIMAS EUGENIO,<br><br>Plaintiff,<br><br>v.<br><br>JOHNNY BENSON EUGENIO,<br><br>Defendant. | No. 4:23-cv-02832-HSG<br><br>**JUDGMENT AS MODIFIED** |

On May 1, 2024 the Court granted the Plaintiff's Motion for Summary Judgment [Docket Item 62]. The Court ordered the Plaintiff to submit a supplemental calculation of damages as provided herein in the Appendix. The Court having reviewed the same, judgment is hereby entered for the Plaintiff and against the Defendant in the amount of $16,925.00.

//

//

//

JUDGMENT AS MODIFIED – Page 1

1  The Court incorporates by reference its order [Docket Item 62, p. 13] requiring the
2  Defendant's prospective compliance with his obligation under the Affidavit of Support.

Dated: 5/9/2024

*Haywood S. Gilliam Jr.*
Judge Haywood S. Gilliam, Jr.

# APPENDIX

The Plaintiff has submitted the following supplemental calculations as per the Court's order granting summary judgment.

| Damages Owed from July 2022 – April 30, 2024 | | | | | |
|---|---|---|---|---|---|
| Period | 125% of FPG for HH of two | Offset for alimony | Offset for food stamps | Offset for other income | Total |
| **2022 (July-December** | $11,442 ($1,907/mo x 6 mo) | $7,704 ($1,284/mo x 6 mo) | $0 | None | $3,738 |
| **2023** | $24,650 | $15,408 ($1,284/mo x 12 mo) | $1,088 ($136/mo x 8 mo) | $80 (babysitting) | $8,074 |
| **2024 (Jan – Apr 30.)** | $8,516 ($2,129/mo x 4 mo) | $836[1] | $544 ($136/mo x 4 mo)[2] | $2,023[3] | $5,113 |
| | | | | **TOTAL:** | **$16,925.00** |

[The remainder of this page is left blank]

---

[1] The Defendant has completed the following alimony payments to date: Jan. 3 - $142; Jan. 15 - $42; Jan. 18 - $100; Feb. 1 - $142; Feb. 18 - $42; Mar. 4- $2; Mar. 15- $2; Mar. 21- $80; Mar. 22 - $10; Apr. 8 - $32; Apr.16 - $100.

[2] Due to the Defendant's failure to provide proof of his income to the Department of Social Services, the Plaintiff has been denied SNAP benefits effective April 30, 2024.

[3] The Plaintiff has started parttime work at Monterey Embassy Suites and has completed two biweekly pay cycles starting April 13, 2024. Her total pretax earnings to date are $2,023.