UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERYL MAY RIMAS EUGENIO,<br>Plaintiff,<br>v.<br>JOHNNY BENSON EUGENIO,<br>Defendant. | Case No. 23-cv-02832-HSG<br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 66 |

The Court **DIRECTS** Plaintiff's local counsel Patrick Kolasinski to SHOW CAUSE why his attorney's fee request is reasonable. *See* Dkt. No. 66. The motion did not include substantive argument as to the reasonableness of Mr. Kolasinski's rate ($550/hour), and, possibly because he was out of the country at its time the motion was filed, was not supported by a declaration from Mr. Kolasinski substantiating his request. Further, a significant proportion of the time for which Mr. Kolasinski requests attorney's fees was spent "[d]iscussing case with Co-Counsel via Slack." Dkt. No. 67-7. Seeing as Mr. McLawsen did not bill equivalent time for those (1-7 minute) discussions, the Court requires further explanation as to why claiming fees for internal communication with co-counsel is warranted. In his response, which is due by July 26, 2024, Mr. Kolasinski may submit supplemental materials as necessary.

**IT IS SO ORDERED.**

Dated: 7/19/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge