UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHERYL MAY RIMAS EUGENIO,

Plaintiff,

v.

JOHNNY BENSON EUGENIO,

Defendant.

Case No. 23-cv-02832-HSG

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

Re: Dkt. No. 79

Pursuant to Local Rule 72-1, the Judgment Creditor's Motion to Compel Discovery Responses and all post judgment and/or collection disputes and issues in this case are referred to Magistrate Judge Illman. Counsel will be advised of the date, time, and place of any appearance by notice from Judge Illman, and shall follow any of his standing orders or other instructions. The September 5, 2024, hearing date before Judge Haywood S. Gilliam, Jr. is **VACATED**.

**IT IS SO ORDERED.**

Dated: 8/6/2024

Haywood S. Gilliam, Jr.
United States District Judge